**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| ILLINOIS VIPASSANA ASSOCIATION, | |
| **Plaintiff,** | |
| vs. | **Case No.: 3:23-cv-50168** |
| AUTO-OWNERS INSURANCE COMPANY, | |
| **Defendant.** | |

**PLAINTIFF'S UNOPPOSED MOTION**
**FOR VOLUNTARILY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Illinois Vipassana Association, hereby moves the Court to dismiss its claims without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). In support of its Motion, Plaintiff states as follows:

1.      Plaintiff filed its complaint against Auto-Owners Insurance Company ("Auto-Owners") on May 12, 2023.

2.      Federal Rule of Civil Procedure 41(a)(2) provides: By Court Order; Effect. Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. If a defendant has pleaded a counterclaim before being served with the plaintiff's motion to dismiss, the action may be dismissed over the defendant's objection only if the counterclaim can remain pending for independent adjudication. Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice.

3.      Plaintiff requests leave to voluntarily dismiss its Complaint against Auto-Owners without prejudice.

1

4.      Auto-Owners recently confirmed it was issuing an additional payment in the amount of $240,703.63. *See* correspondence attached hereto as Exhibit 1. Plaintiff anticipates this payment will facilitate the full resolution of the claim without the need for further litigation.

5.      Auto-Owners does not object to Plaintiff's Motion. *See* correspondence attached hereto as Exhibit 2.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter an order granting Plaintiff's Motion for Voluntary Dismissal Without Prejudice, with each party to bear its own costs, and for any other relief the Court deems just and proper.

Dated: July 5, 2023

Respectfully Submitted,

/s/ Scott Green
Scott Green
THE LAW OFFICES OF SCOTT GREEN
ARDC# 6312940
P.O. Box 30016
Chicago, Illinois 60630
Telephone: (773) 270-4704
Facsimile: (773) 219-0334
sgreen@sdglawoffices.com
*Counsel for Plaintiff*
*Illinois Vipassana Association*

2

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record whom have consented to electronic service were served with a copy of this document under this Court's CM/ECF system and local rules on July 5, 2023.

/s/ Scott Green